| | |
|---|---|
| STATE OF MINNESOTA<br>COUNTY OF HENNEPIN | DISTRICT COURT<br>FOURTH JUDICIAL DISTRICT<br>Case type: Product Liability |

| | |
|---|---|
| JOHN JALILI,<br><br>　　　　Plaintiff,<br><br>v.<br><br>3M COMPANY and AEARO<br>TECHNOLOGIES LLC,<br><br>　　　　Defendants. | Court File No.<br><br><br>NOTICE OF FILING OF<br>NOTICE OF REMOVAL |

TO:　PLAINTIFF AND PLAINTIFF'S ATTORNEYS, WILLIAM R. SIEBEN, ALICIA N. SIEBEN, MATTHEW J. BARBER, SCHWEBEL GOETZ & SIEBEN, P.A., 80 SOUTH EIGHTH STREET, SUITE 5120, MINNEAPOLIS, MN 55402..

　　PLEASE TAKE NOTICE that Defendant 3M Company has filed a Notice of Removal in the United States District Court for the District of Minnesota removing the civil action entitled *John Jalili v. 3M Company and Aearo Technologies LLC*, from the District Court, Fourth Judicial District, County of Hennepin, State of Minnesota to the United States District Court for the District of Minnesota.

　　FURTHER TAKE NOTICE that attached hereto is a copy of said Notice of Removal.

Dated: April 1, 2022

Respectfully submitted,

*s/ Benjamin W. Hulse*
Benjamin W. Hulse (MN #0390952)
Gene Hummel (MN #0398239)
NORTON ROSE FULBRIGHT
60 South Sixth Street, Suite 3100
Minneapolis, MN 55402
Phone: (612) 321-2800
Email: ben.hulse@nortonrosefulbright.com
gene.hummel@nortonrosefulbright.com

**Counsel for Defendants 3M Company and Aearo Technologies LLC**